

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00539-CR

Raul **GARZA**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-6698
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 31, 2013.

_____
Rebeca C. Martinez, Justice